# Exhibit 13

**Office of the NEW YORK STATE COMPTROLLER**
NYS Comptroller Thomas P. DiNapoli



# Comptroller's Oversight of State Contracts

## Protecting Taxpayer Dollars

*The Comptroller's independent review of contracts is a strong deterrent to waste, fraud and abuse in contracting.*

Share:

### Comptroller DiNapoli Ensures State Procurements Provide the Highest Value to New Yorkers

For more than a century, the Comptroller's Office has conducted independent, pre-review of State and limited Public Authority contacts, adding transparency to the process and resulting in hundreds of millions of dollars in savings for taxpayers each year. As government contracting expands in size, scope and complexity this oversight is more important than ever.

The Comptroller's contract oversight extends to most State agency contracts, generally those where the contract value exceeds $50,000. The Comptroller may also review State public authority contracts valued at more than $1 million if they are either awarded noncompetitively or paid in whole or in part from State appropriations. In addition, any State agency seeking to waive competitive bidding and receive an exemption from its statutory requirement to advertise a procurement opportunity in the New York State Contract Reporter must first receive approval from the Comptroller's Office.

### Benefits of the Comptroller's Review

- ✔ Promotes fair competition to ensure the best price and overall value for the State
- ✔ Detects fraud and waste before tax dollars are spent
- ✔ Confirms funding availability so that agencies do not overspend
- ✔ Verifies vendor responsibility
- ✔ Adds transparency to the process

### Review Has Little Impact on the Overall Time Frame of Procurements

Comptroller DiNapoli's procurement experts and legal team are sensitive to agency deadlines and the State's business needs and understand that delays can cost New York's taxpayers and businesses money, keep workers idle, and harm not-for-profits.

### 2024 Year-to-Date Results Demonstrate Cost-Effective Oversight

**12,009**
Total Agency Contracts Received

## 7.28 Days
Average Time for Contract Review

## 89%
Reviewed Within 15 Days

**Average Days to Review Contracts**



**Value of Contracts Reviewed by Calendar Year**



### Less Than 1 Percent of Contracts Take Longer Than 45 Days to Review



The very small percentage of contracts completed after the 31 day timeframe are generally due to complex procurements and/or protest procurements.

### Tools and Dashboards

**Search All Contracts**
Search over 240,000 contracts that State agencies have with businesses, not-for-profit organizations and other governmental entities in effect April 1, 2012, or later. Includes contracts subject to the Comptroller's review and approval and those that are not.

Search Contracts

**View Breakdown of Contracts by Agency/Authority or Type**
Search and sort contracts by agency/authority, vendor and contract type.

View Breakdown

### Contract Review Highlights

#### Finding Opportunities to Renegotiate and Save Costs

**The Department of Health** requested a one-year extension to their behavioral risk factor surveillance system contract to allow for additional time to finalize a new procurement for these services. The extension also included an increase in rates. The Comptroller's office requested DOH to renegotiate the rates for the extension period, resulting in a reduction of over $50,000.

**The Office of the Medicaid Inspector General (OMIG)** submitted a request for a one-year extension of their Medicaid recovery services contract. The rates for the extension year were higher than the rates offered in bids on other recent procurements. Therefore, the Comptroller's office requested that OMIG renegotiate the rates resulting in an estimated savings of $3,300,000.

#### Identifying Costly Errors and Contract Duplication

**The State University of New York at Stony Brook** submitted a lease amendment where the Comptroller's review identified the rent abatement was incorrectly applied. The transaction was non-approved, and a corrected amendment was submitted, saving the State $1,161,024.

**The Office of General Services (OGS)** submitted a purchase order for security system upgrades at a Department of Corrections and Community Supervision location in Albany County. The Comptroller's team identified that the work was already included in the original lease as part of the landlord's obligation, therefore the purchase order was non-approved, saving the State $246,238.

#### Ensuring a Level Playing Field for Vendors

**The Department of Corrections and Community Supervision** submitted a contract amendment to add additional costs to an approved purchase order for vehicles. Allowing an increase after bidding would be inappropriate and unfair to other bidders. The agency requested the transaction be returned and the amendment was non-approved.

**The State University of New York - Health Science Center at Brooklyn** submitted a transaction against an Office of General Services' centralized contract for furniture which includes an additional fee not permitted by the OGS centralized contract.  Allowing non-contract items and a fee increase would be unfair to the other centralized contract vendors offering similar products on the same terms and conditions. This transaction was non-approved.

## OUR OFFICE

## TOOLS

## INITIATIVES

## HELP

How would you rate our website?