# EXHIBIT E

# MISCELLANEOUS/CONSULTANT SERVICES
## Face Page of State of New York Contract

**STATE AGENCY (Name and Address):**
Department of Health
Corning Tower
Albany, NY 12237

**NYS COMPTROLLER'S NUMBER:** Contract # T040920
**ORIGINATING AGENCY GLBU:** DOH01
**DEPARTMENT ID:** 3450000

**CONTRACTOR (Name and Address):**
Public Partnerships LLC
8000 Avalon Blvd., Suite 300
Alpharetta, GA 30009

**TYPE OF PROGRAM(S):**
New York State Fiscal Intermediary Services

**CHARITIES REGISTRATION NO. (if applicable):**

**CONTRACT TERM**

FROM: 01/01/25
TO:   12/31/29

**CONTRACTOR HAS** ☐ **HAS NOT** ☐ **TIMELY FILED WITH THE ATTORNEY GENERAL'S CHARITIES BUREAU ALL REQUIRED PERIODIC OR ANNUAL WRITTEN REPORTS**

**FUNDING AMOUNT FOR CONTRACT TERM:**
[REDACTED]

**FEDERAL TAX IDENTIFICATION NUMBER:**
[REDACTED]

**NYS VENDOR IDENTIFICATON NUMBER:**
[REDACTED]

**STATUS:**

**CONTRACTOR IS** ☐ **IS NOT** ☑ **A SECTARIAN ENTITY**

**MUNICIPALITY NO. (if applicable):**

**CONTRACTOR IS** ☐ **IS NOT** ☑ **A NOT-FOR-PROFIT ORGANIZATION**

**CONTRACTOR IS** ☐ **IS NOT** ☑ **A NEW YORK STATE BUSINESS ENTERPRISE**

☐ IF MARKED HERE, THIS CONTRACT MAY BE RENEWED FOR _____ ADDITIONAL _____ PERIOD(S) SUBJECT TO APPROVAL OF THE OFFICE OF THE STATE COMPTROLLER.

**BID OPENING DATE:** 08/21/24

APPENDICES ATTACHED AND PART OF THIS CONTRACT. Precedence shall be given to these documents in the order listed below.

☒ APPENDIX A — Standard Clauses for New York State Contracts Ver 06 23
☒ APPENDIX X — Contract Amendment Form
☒ APPENDIX Q — Modification of Standard Department of Health Contract Language, if applicable
☒ New York State Department of Health Contract
☒ APPENDIX M — Participation by Minority and Women-Owned Business Enterprises
☒ APPENDIX B-1 — Questions and Answers and Amendments
☒ APPENDIX B — Scope of Work
☒ APPENDIX C — Proposal
☒ APPENDIX F — Technology Terms and Conditions Ver 07-22
☒ APPENDIX H — Federal Health Insurance Portability and Accountability Act Business Associate Agreement

IN WITNESS WHEREOF, the parties hereto have executed this Contract # T040920 on the dates below their signature.

| CONTRACTOR | STATE AGENCY |
|---|---|
| *Insert Contractor Name* | New York State Department of Health |
| Public Partnerships LLC | |
| By: *[signature]* | By: *[signature]* |
| SHERWIN KRUG | Amir Bassiri |
| *Printed Name* | *Printed Name* |
| Title: CHIEF FINANCIAL OFFICER | Title: New York State Medicaid Director |
| Date: 12/20/24 | Date: 12/20/2024 |

State Agency Certification:
"In addition to the acceptance of this Contract, I also certify that original copies of this signature page will be attached to all other exact copies of this Contract."

STATE OF ~~NEW YORK~~ Georgia  )
                                )SS.:
County of Forsyth               )

On the 27 day of 12 in the year 2024 before me, the undersigned, personally appeared Sherwin King personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that they executed the same in their capacity(ies), and that by their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

*[signature: Stacey Sanbeer]*
(Signature and office of the individual taking acknowledgement)

*[Notary seal: STACEY SANBEER, NOTARY PUBLIC, FORSYTH COUNTY, GEORGIA, MY COMM. EXP. 7/4/2028]*

| ATTORNEY GENERAL'S SIGNATURE | NYS COMPTROLLER'S SIGNATURE |
|---|---|
| Title: | Title: |
| Date: | Date: |