**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PRINCIPLE HOMECARE, LLC, et al.,

                    Plaintiffs,

-against-                    24 **CIVIL** 7071 (MMG)

**JUDGMENT**

JAMES V. MCDONALD, in His Official Capacity
as Commissioner of the New York State
Department of Health,

                    Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 26, 2025, that Defendant's motion to dismiss is GRANTED and Plaintiffs' preliminary injunction motion is DENIED.

**Dated:** New York, New York

      February 26, 2025

                                              **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                           **BY:**

                                                   **Deputy Clerk**