**GIBSON DUNN**

Akiva Shapiro
Partner
T: +1 212.351.3830
M: +1 646.491.3817
ashapiro@gibsondunn.com

February 26, 2025

<u>VIA ECF</u>

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re:   *Principle Homecare, LLC v. McDonald*, 24-cv-7071-MMG (S.D.N.Y.)

Dear Judge Garnett:

I write as counsel for Plaintiffs in the above-captioned action. In light of the Court's recognition of "the personal hardship worked on the Plaintiffs by the effects of the CDPAP Amendment," Dkt. 50 at 2, as well as for all the reasons stated in prior briefing and at the February 20, 2025 oral argument, Plaintiffs intend to file an emergency motion for an injunction pending appeal in the United States Court of Appeals for the Second Circuit, seeking to stay implementation of the CDPAP Amendment, including the commencement of the transition of consumers from existing Fiscal Intermediaries to the Statewide Fiscal Intermediary set to commence on or about March 1, 2025, and the April 1, 2025 date after which existing Fiscal Intermediaries will no longer be permitted to provide Fiscal Intermediary services.

Pursuant to Federal Rule of Civil Procedure 62(d) and Federal Rule of Appellate Procedure 8(a)(1)(C), Plaintiffs hereby present that motion to this Court in the first instance. **In light of the fast-approaching March 1 date, Plaintiffs respectfully ask this Court to accept this submission as Plaintiffs' letter-motion for an injunction pending appeal and they respectfully request that the Court enter an expedited ruling based on the parties' prior submissions.**

We have conferred with counsel for Defendant, who oppose the requested emergency injunction.

We thank the Court for its consideration.

Respectfully submitted,

/s/ *Akiva Shapiro*
Akiva Shapiro
Counsel for Plaintiffs

cc: Counsel for Defendant (via ECF)