# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of March, two thousand twenty-five.

Before:     Beth Robinson,
            *Circuit Judge.*

_____

| | |
|---|---|
| Principle Homecare, LLC, Marton Care Inc., Prompt Home Care LLC, Care Connect CDPAP, Inc., | **ORDER** |
| | Docket No. 25-466 |
| Plaintiffs - Appellants, | |
| v. | |
| James V. McDonald, in his official capacity as Commissioner of the New York State Department of Health, | |
| Defendant - Appellee. | |

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/10/2025_____

Appellants move for an emergency injunction pending appeal and an expedited appeal.

IT IS HEREBY ORDERED that the motion is REFERRED to the next available three-judge motions panel, to be considered on an expedited basis. The Court declines to grant any temporary relief pending decision of the motion by the panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/10/2025